IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN WHEELER and <br> JULIEANNE WHEELER, <br> on behalf of plaintiffs and a class, <br><br> Plaintiffs, <br><br> v. <br><br> CODILIS AND ASSOCIATES, P.C., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 13-cv-03093 <br> ) <br> ) Judge Robert M. Dow <br> ) <br> ) Magistrate Judge Susan E. Cox <br> ) <br> ) |

## **DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**

Defendant Codilis & Associates, P.C. ("Codilis"), by its undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and in support of its Motion to Dismiss, states as follows:

1. In their Complaint, Plaintiffs purports to state one cause of action against Codilis for a violation of Section 1692g of the Fair Debt Collection Practices Act ("FDCPA"). As a matter of law, the asserted claim fails.

2. This litigation raises the question as to whether a mortgage servicer that controls the collection, administration and enforcement of debtor's mortgage loan should be identified under Section 1692g(a)(2) of the FDCPA as "the creditor to whom the debt is owed." Plaintiffs contend that Codilis should have identified the current owner of the loan, not the servicer. The text, structure and sprit of the FDCPA, as well as case law describing the role of a mortgage servicer, provides that it is indeed the servicer who qualifies as "the creditor to whom the debt is owed." To the extent it is not the servicer, this mistake by Codilis could be characterized only as a hyper-technical, non-actionable violation.

-2-

3.    For these reasons, as more fully explained in Defendant's Memorandum of Law in Support of Its Rule 12(b)(6) Motion to Dismiss filed contemporaneously herewith, this Court should dismiss the claim against Codilis asserted in the Complaint with prejudice.

Dated: May 16, 2013

Respectfully submitted,

CODILIS & ASSOCIATES, P.C.

By /s/ W. Kyle Walther
    One of Its Attorneys

David J. Chizewer
W. Kyle Walther
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000