# EXHIBIT A



LAW OFFICES

15W030 North Frontage Road
Suite 100
Burr Ridge, Illinois 60527

P: (630) 794-5300 / FAX: (630) 794-9090



July 13, 2012

Kevin Wheeler
Julieanne Wheeler

RE: Mortgage Arrearage
 Creditor: Bank of America, N.A.
 Servicer: Bank of America, N.A.
 Loan #: 8888
 Our File 1005

**NOTICE PURSUANT TO FAIR DEBT COLLECTION PRACTICES ACT**

Please be advised that your account has been referred to our firm for the institution of foreclosure proceedings against                                                        Our firm is attempting to collect the debt that you owe the present creditor and any information we obtain will be used for that purpose.

In accordance with the above Act, you are hereby notified of the following information:

1. The amount of the debt: As of the date of this letter, you owe $287,239.90. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write the undersigned or call (630) 794-5300.

2. The name of the creditor to whom the debt is owed: Bank of America, N.A..

3. Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, our firm will assume that it is valid.



REDACTED

4. If you notify us in writing within thirty (30) days after receipt of this Notice that the debt or any portion thereof is disputed, we will obtain and mail you proof of the debt.

5. Also, if within the same 30 day period, you request in writing the name and address of the original creditor, if different from the current creditor, we will furnish that information too.

6. The law does not require us to wait until the end of the thirty (30) day period before filing a foreclosure proceeding. If, however, you request proof of the debt or the name and address of the original creditor within the thirty (30) day period that begins with your receipt of this letter, the law requires us to suspend our efforts (through litigation or otherwise) to collect the debt until we mail the requested information to you.

Sincerely,

CODILIS AND ASSOCIATES, P.C.

By: _____

Cari A. Kauffman

C&A No. 1005
Client Loan No. /8888

**NOTE: PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT YOU ARE ADVISED THAT THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**